# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RICARDO BEDOYA, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:16-cv-87 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's August 24, 2016, Report and Recommendation, dkt. no. 11, to which Petitioner Ricardo Bedoya ("Bedoya") failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Bedoya's Petition for Writ of *Audita Querela*, filed pursuant to 28 U.S.C. § 1651, **DENIES** Bedoya's Motion for a Non-Binding Alternative Dispute Resolution, **DISMISSES** Bedoya's alternative Writ of *Praecipe*, and **DENIES** Bedoya leave to appeal *in forma pauperis*. The Clerk of

AO 72A
(Rev. 8/82)

Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 26 day of September, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA